ABRAHAM ANDIE, Appellant, *v.* NECHOMIE KAPLAN, Respondent.

Submitted May 29, 1942; decided June 18, 1942.

*Sidney W. Fischman* and *David L. Sprung* for appellant.
*Robert C. Finkelstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.